FILED

JUL 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 16-30140 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 1:12-cr-00053-MC<br>District of Oregon,<br>Medford |
| v. | |
| JEFFREY CARL GIDDING, | |
| Defendant-Appellee. | ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. See Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk

DV/AppComm Direct Criminal